

# MEMORANDUM

To:        The Honorable William G. Young
                Chief U.S. District Judge

From:     Craig A. Orze
                U.S. Probation officer

*05-CR-10178*

Re:        **Dube, David**
                **Transfer of Jurisdiction to D/MA**

Date:     June 21, 2005

On February 21, 2001, the above-named appeared in U.S. District Court, District of New Hampshire charged with Conspiracy to Distribute and to Possess With Intent To Distribute Marijuana (Cr. 99-12201-B) and Passing, Uttering and Possessing Counterfeit U.S. Currency (Cr. 00-77-01-B) . He was sentenced as follows: Months Imprisonment; 3 years supervised release.

The District of New Hampshire has requested that this office accept transfer of jurisdiction since the defendant currently resides in the Massachusetts area. Mr. Dube plans to live in this district permanently.

In view of the foregoing, I recommend that we accept a transfer of jurisdiction of this case. Please execute both of the attached PF#22 forms if you concur.

| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>Cr. 99-122-01-B and Cr. 00-77-01-B |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>05-CR-10178 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>David Dube<br>99 Wood Burn Drive<br>Methuen, MA 01844 | DISTRICT<br>DISTRICT OF NEW HAMPSHIRE | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Honorable Paul Barbadoro | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>8/13/04 | TO<br>8/12/07 |

**OFFENSE**

<u>Ct. I</u>: Conspiracy to distribute and to posses with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1) and 846 (Cr. 99-122-01-B)

<u>Ct. I</u>: Passing, Uttering and Possessing Counterfeit U.S. Currency, in violation of 18 U.S.C. § 472 (Cr. 00-77-01-B)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF NEW HAMPSHIRE</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6-19-05
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 11, 2005
*Effective Date*

William G. Young
*United States District Judge*