Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Amended Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** David Dube          **Case Number:**   NH - 99-122-01 and 00-77-01
                                                              MA - 05CR10178

**Name of Sentencing Judicial Officer:**   Honorable Paul Barbadoro, U.S. District Judge, District of New Hampshire. Jurisdiction transferred to the District of Massachusetts on July 11, 2005.   The case has been assigned to Honorable Douglas P. Woodlock, U.S. District Judge in the District of Massachusetts.

**Date of Original Sentence:** February 21, 2001

**Original Offense:**   Passing, Uttering and Possessing Counterfeit U.S. Currency & Conspiracy to Possess with Intent to Distribute and Distribution of Marijuana

**Original Sentence:**   30 months of incarceration followed by three (3) years of supervised release and 65 months of incarceration followed by three (3) years of supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** August 13, 2004

## PETITIONING THE COURT

The U.S. Probation Office filed a Request for Modification of Conditions with the Court on August 31, 2005, requesting for David Dube's conditions to be modified. Since that Request was filed, the U.S. Probation Office has learned that the Lawrence Correctional Alternative Center will not accept Mr. Dube with an outstanding restraining order in addition to the victim reporting being in fear of her safety. Ms. Tibbetts filed a restraining order against Mr. Dube in June 2005 after he was charged with Assault and Battery Domestic. On September 22, 2005, Mr. Dube was removed from the Lawrence Correctional Alternative Center and transported back to Middleton Jail to complete his state sentence because Ms. Tibbetts had contacted the facility claiming she was in fear of her safety.

The U.S. Probation Office is filing an amended Request for Modification with an attached signed waiver dated October 20, 2005 which indicates Community Correctional Center replacing Lawrence Correctional Alternative Center. This change will allow the Bureau of Prisons to designate Mr. Dube to an appropriate facility.

[ ]   To extend the term of supervision for years, for a total term of years
[X]   To modify the conditions of supervision as follows:

   1-   **David Dube shall serve Six (6) months at the Community Correctional Center and will abide by all their rules and regulations.**

   2-   **David Dube is ordered to have no contact with <u>Ms. Linda M. Tibbetts</u> (DOB: 1/14/72) with no exceptions.**

   3-   **David Dube shall participate and complete a Certified Batterer's Treatment Program as directed by the U.S. Probation Office.**

## CAUSE

**Violation Number**       **Nature of Noncompliance**

Prob 12B
- 2 -

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

1   **Violation of Law:** While on supervised release the defendant shall not commit another federal, state or local crime.
Assault and Battery (Domestic)
Newburyport District Court
Docket #: 0522CR001246

The following information is a summary of the non-compliant behavior exhibited by David Dube and our proposed recommendation.

On Tuesday, June 7, 2005 at 5:28 p.m., Officer Bailey, Amesbury Police, witnessed a domestic assault and battery that occurred on Macy Street, Amesbury. This incident resulted in the defendant, David Dube, being placed under arrest for assaulting his girlfriend, Linda Tibbitts, by grabbing her arm when she attempted to exit the vehicle, (they were engaging in a heated argument). Ms. Tibbitts subsequently filed a restraining order against Mr. Dube.

On Tuesday, June 28, 2005, this Probation Officer spoke with Ms. Tibbetts to verify her version of Mr. Dube's arrest related to the assault and battery. Ms. Tibbetts reported that the information presented in the police report was accurate and that Mr. Dube did grab her arm as she attempted to exit the vehicle which caused the charges to be filed against him. She continued to explain that their relationship had been strained and volatile over the past few months which caused many heated arguments between them. Ms. Tibbetts voiced no desire to have contact with Mr. Dube and as far as she was concerned their relationship has ended.

On August 18, 2005, Mr. Dube appeared in Newburyport District Court after pleading guilty to Assault and Battery (Domestic) and was sentenced to six (6) months House of Correction committed with credit for 72 days served. At this time, Mr. Dube is serving his State sentence at the Lawrence Alternative Center with a projected release date of November 28, 2005.

U.S. Probation Officer Recommendation: Considering Mr. Dube's conviction and incarceration our office would recommend that the offender's special conditions be modified to include a six (6) month term at the Community Correctional Center, an order for Mr. Dube to have no contact with Ms. Tibbetts and for him to participate in a certified batterers treatment program. These modifications will address the controlling and corrective aspects of Mr Dube's noncompliance by restricting his freedom while providing him treatment to create an opportunity for positive change related to his assaultive behavior. We have attached a Probation Form 49 executed by Mr. Dube, agreeing to the amendment of his conditions of Supervised Release. If Your Honor requires additional action to be taken against Mr. Dube, please indicate below and the Probation Office will follow through with Your Honor's directive.

Reviewed/Approved by:

_____
Brian McDonald
Supervising U.S. Probation Officer

Respectfully submitted,

By _____
Craig A. Orze
U.S. Probation Officer
Date: October 20, 2005

**THE COURT ORDERS**
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

10/26/05
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

I, David Dube, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1- **David Dube shall serve Six (6) months at the Community Correctional Center and will abide by all their rules and regulations.**

2- **David Dube is ordered to have no contact with *Ms. Linda M. Tibbetts* (DOB: 1/14/72) with no exceptions.**

3- **David Dube shall participate and complete a Certified Batterer's Treatment Program as directed by the U.S. Probation Office.**

Witness: _____    Signed: _____
Craig A. Orze                                          David Dube
U.S. Probation Officer

10/20/05
DATE