AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _Mass_

UNITED STATES OF AMERICA
V.

David Dube

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: _05-10178_

I, _David Dube_, charged in a ☐ complaint ☒ petition pending in this District _____

in violation of _Supervised Release_, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

_/s/ Defendant_

_/s/ Counsel for Defendant_

1/9/08
Date