UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

v.                                                                                  Docket No. 05-cr-10178-DPW

David Dube

**Defendant's Motion to Continue Final Revocation Hearing**

NOW COMES the defendant in the above-entitled matter and hereby moves, by and through undersigned counsel, that the final revocation hearing in this matter presently scheduled for January 16, 2008 at 2:30 p.m. be continued for one month, to another date convenient to the Court, but not February 18 – 22, 2008, when undersigned counsel is scheduled for trial.  As grounds therefore, undersigned counsel states that he has spoken with the defendant's probation officer, Thomas Mullin, and believes the additional time may allow the matter to be resolved.  Defendant requests an additional month to allow him to address the concerns of the probation officer that led to the petition for violation of supervised release.

The delay is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).

The Probation Officer has assented to this continuance.

DAVID DUBE
By his attorney,

/s/ Mark W. Shea                                        Dated:  January 11, 2008
Mark W. Shea
SHEA and LaROCQUE
47 3rd Street, Suite 201
Cambridge, MA 02141-1265
(617) 577-8722

**Certificate of Service**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 11, 2008.

/s/ Mark W. Shea
MARK W. SHEA

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

v.  Criminal No. 05-cr-10178-DPW

David Dube

**Affidavit in Support of Motion to Continue**

I, Mark W. Shea, state the following under the pains and penalties of perjury:

1. I am counsel of record for the above-named defendant;

2. The matter is scheduled for a final revocation hearing on January 16, 2008 at 2:30 pm;

3. On January 11, 2008, I spoke with Mr. Dube's probation officer, Tom Mullin, who agreed to a one-month continuance, with the hopes that the concerns that led to the alleged violation could be addressed in the interim;

4. I have contacted the Probation Officer, who does not oppose the request for a continuance.

Signed under the pains and penalties of perjury this 11th day of January 2008.

/s/ Mark W. Shea
MARK W. SHEA