UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs.                                                                                          Docket No. 1:05-cr-10178-DPW

DAVID DUBE

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE:**
**CHANGE OF FINAL REVOCATION HEARING DATE**

Now comes the defendant, David Dube, in the above-entitled case and respectfully requests that this Honorable Court modify the terms of his release to reflect the fact that he has requested a one-month continuance for the final revocation hearing (case document number 13), which was originally scheduled for January 16, 2008. Should the continuance be allowed, defendant requests that the Order Setting Conditions of Release be modified to reflect the new date.

The Probation Officer and Assistant U.S. Attorney have been advised of the request for continuance.

DAVID DUBE
By His Attorney,

/s/ Mark W. Shea                                      Dated: January 11, 2008
MARK W. SHEA
Shea and LaRocque
47 Third Street, Suite 201
Cambridge, MA 02141-1265
617.577.8722   telephone
617.577.7897 facsimile
markwshea@gmail.com

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 11, 2008.

/s/ Mark W. Shea
MARK W. SHEA