AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF _Mass_

UNITED STATES OF AMERICA

v.

_David Dube_

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: _05-10178_

I, _David Dube_, charged in a ☐ complaint ☒ petition pending in this District _____

in violation of _Supervised Release_, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a  ☐ examination  ☒ hearing , do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

_1/9/08_
Date

_[signature]_
Defendant

_[signature]_
Counsel for Defendant