AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

FILED
IN CLERK'S OFFICE

UNITED STATES OF AMERICA

V.

DAVID DUBE

2008 JAN 11  P 2: 18

**WARRANT FOR ARREST**

U.S. DISTRICT COURT
DISTRICT OF MASS.

Case Number: 05-CR-10178-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   DAVID DUBE
                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)
I. Violation of condition that the defendant shall not commit another federal, state, or local crime.
II. Violation of condition that the defendant shall report to the probation officer as directed by the Court or probation officer, and shall submit truthful and complete written report within the first five days of each month.
III. Violation of condition that the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
IV. Violation of condition that the defendant shall notify the probation officer at least ten days prior to any change in residence of employment.

in violation of Title   18   United States Code, Section(s)   3606

| Jarrett Lovett | *Jarrett Lovett* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Courtroom Deputy Clerk | 10/3/2007   Boston, MA |
| Title of Issuing Officer | Date   Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY _____
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON   1/2/08

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |