Prob12B
(7-93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** David Dube             **Case Number:** 05CR10178-DPW

**Name of Sentencing Judicial Officer:** The Honorable Paul Barbadoro, U.S. District Judge, District of New Hampshire.

**Name of Assigned Judicial Officer D/MA:** The Honorable Douglas P. Woodlock, U.S. District Judge, District of Massachusetts.

**Date of Original Sentence:** February 21, 2001 and July 2, 2003 (amended)

**Original Offense:** Dkt #: 99-122-01-B: Conspiracy to Possess with Intent to Distribute and to Distribute Marijuana in violation of 21 U.S.C.§ 846 and 841 (a)(1).

Dkt #: 00-77-01-B: Passing, Uttering and Possessing Counterfeit U.S. Currency 18 U.S.C.§ 472 .

**Amended Sentence:** Dkt #: 99-122-01-B: 65 months incarceration followed by three (3) years supervised released

**Original Sentence:** Dkt #: 99-122-01-B: 77 months of imprisonment to be followed by (3) years of supervised release.

Dkt #: 00-77-01-B: 30 months incarceration followed by three (3) years supervised release to run concurrent with the previous sentence.

**Type of Supervision:** Supervised Release         **Date Supervision Commenced:** 08/13/2004

**Assistant U.S. Attorney:** Jennifer Zacks         **Defense Attorney:** Mark Shea

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years
[X]   To modify the conditions of supervision as follows:

### CAUSE

**Violation Number**     **Nature of Noncompliance**

   I            **Violation of Mandatory Condition:** The defendant shall not commit another federal, state, or local crime.

The following information was previously submitted to the court on February 1, 2007 in a report of noncompliance:
On November 13, 2006, William Tompkins filed a complaint for Larceny with the Lawrence Police against

Prob 12B        - 2 -        **Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender**

David Dube, who was a former employee for Tompkins Landscaping and Irrigation Company. The complaint alleges that on June 17, 2006, David Dube took a company vehicle without permission and used company material to complete an irrigation job not contracted by Tompkins.

Mr. Tompkins also believes that David Dube stole private information from the company to underbid snow plowing contracts held by Tompkins Landscaping and Irrigation Company.

Officer Gary Yancey of the Lawrence Police filed a criminal complaint with the Lawrence District Court on November 11, 2006.

On August 31, 2007, Mr. Dube admitted to sufficient facts for a finding of guilty for charges of Larceny Over $250 and Larceny of Construction Tools. Furthermore, Mr. Dube was ordered to pay restitution to Mr. Tompkins in the amount of $1,145.23.

**II**       **Violation of Standard Condition (2): The defendant shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**

Mr. Dube has not submitted a written monthly report to the U.S. Probation Office for the months of February-December 2007.

**III**       **Violation of Standard Condition (3): The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**

On August 21, 2007, this USPO left a voice mail message for Mr. Dube at his cell phone instructing him to call this USPO to arrange a home contact. Mr. Dube did not call as instructed.

On August 28, 2007 (after an unsuccessful attempted home contact), this USPO instructed Mr. Dube, via hand written note left at his residence (181 Swan Street, Methuen, MA) to call this USPO on August 29, 2007 before 12:00PM. Mr. Dube did not call this USPO on August 29, 2007.

On August 30, 2007, this USPO received a voice mail message from Mr. Dube, he apologized for not calling as directed. This USPO called Mr. Dube at his cell phone and left a voice mail message informing Mr. Dube that he needed to report to the U.S. Probation Office in Lawrence, MA on Friday August 31, 2007 before 5pm. This USPO called and left a message with Mr. Dube's father instructing Mr. Dube to report to the U.S. Probation office in Lawrence, MA on Friday August 31, 2007 before 5pm. Mr. Dube never reported to the office on August 31, 2007.

On September 17, 2007, this USPO sent a letter to Mr. Dube (181 Swan Street, Methuen, MA) scheduling a home contact for September 20, 2007 at 4:30pm. On September 20, 2007, Mr. Dube was not present at his residence for this contact. At that time, this USPO left a hand written note instructing Mr. Dube to report to the U.S. Probation Office in Lawrence, MA on September 21, 2007 before 1:00pm.

Prob 12B                                  - 3 -                        Request for Modifying the
                                                                       Conditions or Terms of Supervision
                                                                       with Consent of the Offender

On September 21, 2007, a voice mail message was received from Mr. Dube. He reported that there was no way that he could report to the office today (9/21/07) as he would lose his job. This USPO called and left a voice mail message for Mr. Dube instructing him to report to the U.S. Probation Office in Lawrence, MA on Monday September 24, 2007, before 4:30pm. Mr. Dube never reported to the U.S. Probation Office in Lawrence, MA on Monday September 24, 2007, and did not contact this USPO with a reason.

**IV**      **Violation of Standard Condition (6):** **The defendant shall notify the probation officer at least ten days prior to any change in residence of employment.**

On September 21, 2007, Mr. Dube left this USPO a voice mail message stating that he was moving to 8A Oliver Street, Haverhill, MA over the weekend of September 24-27, 2007. He failed to provide this USPO with at least ten days prior notice to a change in his residence.

### Probation Office Action

On September 26, 2007, the Probation Department initiated revocation proceedings by submitting a petition and affidavit to request a warrant for the defendant's arrest. On October 3, 2007, the Court issued the arrest warrant for the defendant under which the defendant was subsequently arrested on January 4, 2008. On January 7, 2008, the defendant appeared before U.S. Magistrate Judge Leo T. Sorokin and was detained pending a probable cause and detention hearing. On January 9, 2008, the defendant appeared before U.S. Magistrate Judge Leo T. Sorokin for a probable cause and detention hearing, at that time the defendant waived his right to examination of probable cause. Following a detention hearing, U.S. Magistrate Judge Sorokin ordered that the defendant be released on personal recognizance under the following conditions:

The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed. The defendant is placed in the custody of: Kathleen Donovan, 8 Oliver Street, Haverhill, MA. He was further ordered to comply with the following conditions or release: Report to probation Officer, Mr. Mullen by phone every day before Noon at 978-687-3976; Maintain residence with Kathleen Donovan at 8 Oliver Street, Haverhill, MA. Report any contact with law enforcement within 24 hours to pretrial services; Comply with all previously imposed conditions or supervised release; Report fo the final revocation hearing before U.S. District Judge Woodlock on 1/16/08. This hearing was continued until March 6, 2008 at 2:30pm.

On January 25, 2008, the Probation Department proposed to the defendant a modification of his special conditions to include:
**The defendant's term of supervised release is extended for a period of six months, with his termination date being July 12, 2008.**

**The defendant shall report in person to U.S. Probation Office, 499 Essex Street, Suite 3, Lawrence, MA, 01840 to submit Monthly Supervision Reports. Reporting dates are as follows: 3/5/08, 4/2/08, 5/7/08, 6/4/08, and 7/11/08.**

On February 4, 2008, the defendant expressed that he was in agreement with the above proposed modification. Despite the efforts of the Probation Department to have the defendant execute the Probation Form 49 (Waiver of Hearing to Modify Conditions) this was not executed until February 21, 2008. Ultimately, the defendant has

Prob 12B — - 4 - — **Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender**

consented to this modification as exhibited by the attached Probation Form 49 (Waiver of Hearing to Modify Conditions). The Probation Department has submitted these documents at Your Honor's request.

Reviewed/Approved by:

*John G. Marshall*
Supervising U.S. Probation Officer

By

Respectfully submitted,

*Thomas C. Mullen III*
U.S. Probation Officer
Date: 03/05/2008

### THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Douglas P. Woodlock*
Signature of Judicial Officer

March 6, 2008
Date

